

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN.

GROVER SELLERS
ATTORNEY GENERAL

Honorable D. W. Stakes
General Manager
Texas Prison System
Huntsville, Texas

Dear Sir:

Opinion No. 0-6196
Re: Authority of the Texas Prison
System to purchase from the
Factory and Shop materials
and supplies appropriation,
steel to be processed and used
as grills in doors and windows
of prison dormitory.

Your recent communication to this department
reads as follows:

"On requisition No. 944R, dated Aug.
11/44 the Texas Prison System requested the
State Board of Control to purchase a quantity
of Tool-and Heat-Resisting Steel to be used for
the manufacture of grills to be placed in a
dormitory at one of the units of the Texas Pri-
son System.

"The purchase of this material was
authorized by the Prison Board because of the
fact that the steel now in use is of an inferior
quality and can be easily cut by the inmates
and quite a number have effected their escape
in this manner.

"Included in our appropriation bill
for the current biennium is an item designated
as Factory and Shop Materials and Supplies in
the amount of $100,000.00.

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Hon. D. W. Stakes - Page 2

"Is the Texas Prison System authorized
to purchase from the above designated appropriation
the Tool-and Heat-Resisting Steel to be processed
and used as grills in the doors and windows of one
of the prison dormitories?"

Senate Bill 332, Chap. 400, Acts of the 48th
Legislature, is the current appropriation bill covering the
executive and administrative departments. The appropriation
for the Texas Prison System begins on page 978 of said Acts.
On page 981 appears, as Item 117, an appropriation of
$100,000.00 for each fiscal year of the biennium for "Factory
and Shop Materials and Supplies." The very next item of
appropriation is for "Repairs-- Building and Non-structural
Improvements including materials and Contracts." This is
Item 118, and carries an appropriation of $5,000.00 for each
of said years. (Emphasis ours)

The tool-and heat-resisting steel is to be
processed and used as grills in the doors and windows of one
of the prison dormitories. It is clear, therefore, that it
is material to be used in building improvements and not for
"Shop materials and supplies".

The appropriations under item 117 are for
materials and supplies necessary to operate the print shop,
garment factory, textile mill, sugar mill, canning plant,
license plate plant, brick plant, tannery and any other
industry of the prison system not provided for by specific
items of appropriation. Item 104 is an appropriation of
$45,000.00 for each year of the biennium for "shoe shop
materials and supplies". Thus, shoe shop materials and
supplies cannot be paid for out of the appropriations under
item 117. They must be paid for out of the specific appro-
priation therefor.

Under the "General Provisions" of Senate Bill
332, Chap. 400, aforesaid, we find subsection (15)b of
Section 2, which reads as follows:

"The appropriations herein provided are
to be construed as the maximum sums to be appro-
priated to and for the several purposes named
herein, and the amounts are intended to cover,
and shall cover the entire cost of the respective
items and the same shall not be supplemented
from any other sources; and, except as otherwise
provided, no other expenditures shall be made, nor
shall any other obligations be incurred by any

Hon. D. W. Stakes - Page 3

department of this State, provided, however, that
nothing herein shall prevent any department head
from paying less than the maximum amount set forth
herein for any salaried positions." (Emphasis
ours).

The foregoing provision is plain and unambi-
guous. It clearly prohibits the supplementation of the
appropriations under item 118 from those under any other
item, and vice versa. It also harmonizes with the consti-
tutional provision that "No money shall be drawn from the
Treasury but in pursuance of specific appropriations
made by law." Art. 8, Sec. 6, State Constitution.

For the above reasons, the question sub-
mitted is answered in the negative.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By  L. H. Flewellen
        Assistant

LHF:BT

APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN